

# THE OFFICE OF

# THE CRIMINAL DISTRICT ATTORNEY
# McLENNAN COUNTY, TEXAS
### 219 North 6th Street, Suite 200
### Waco, Texas 76701
### Phone - (254) 757-5084
### Fax - (254) 757-5021

**Sterling Harmon**
Assistant Criminal District Attorney

**Abelino "Abel" Reyna**
Criminal District Attorney

August 11, 2015


Texas Court of Criminal Appeals
Attention: Mr. Abel Acosta, Clerk
P.O. Box 12308
Austin, Texas 78711

RE: IN RE STATE EX REL MATT JOHNSON V. COURT OF APPEALS, 10TH DISTRICT

Dear Mr. Acosta:

Enclosed please find the DVD-R disk containing State's Appendix 5, along with a copy of the State's Motion for Hand Filing.

Sincerely,

Sterling Harmon
Appellate Chief

Enclosure

Xc: 10th Court of Appeals
Hon. Matt Johnson
Clint Broder, Attorney for Matthew Alan Clendennen

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 13 2015

Abel Acosta, Clerk

No. _____

IN THE
TEXAS COURT OF CRIMINAL APPEALS
SITTING AT AUSTIN, TEXAS

IN RE STATE OF TEXAS EX REL. MATT JOHNSON,

*RELATOR*

V.

COURT OF APPEALS FOR THE TENTH DISTRICT,

*RESPONDENT*

A PETITION FOR WRIT OF MANDAMUS
CAUSE NO. 10-15-00235-CR
FROM THE 10TH COURT OF APPEALS DISTRICT
WACO, TEXAS

CAUSE NO. 2015-1955-2
FROM THE 54TH JUDICIAL DISTRICT COURT OF
MCLENNAN COUNTY, TEXAS

**STATE'S MOTION TO FILE APPENDIX 5 BY HAND PURSUANT TO RULE 9.2**

Relator, State of Texas, hereby moves this Court to file Appendix 5 to his Petition for Writ of Mandamus enclosed here with by hand filing through certified mail return receipt requested. Good cause exsists because

1

it is a DVD containing multiple video files which are not in the required

format for electronic filing, making it difficult if not impossible to

electronically file.

Respectfully Submitted,

/s/ABELINO 'ABEL' REYNA
ABELINO "ABEL" REYNA
Criminal District Attorney
McLennan County, Texas
State Bar No. 2400087
219 North 6th Street, Suite 200
Waco, Texas 76701
[Tel.] (254) 757-5084
[Fax] (254) 757-5021
[Email]
abel.reyna@co.mclennan.tx.us

2

# Certificate of Service

I certify that I caused to be served a true and correct copy of this motion by electronic service or email or hand delivery on:

Respondent, 10th Court of Appeals Waco, Texas by hand delivery per request of Chief Justice Tom Gray

Attorney, F. Clint Broden, for Real Party in Interest, Matthew Clendennen at clint@texascrimlaw.com

Real Party in Interest, Judge Matt Johnson, 54th District Court, McLennan County Texas at matt.johnson@co.mclennan.tx.us

DATE: 8/11/15                              /S/ ABELINO 'ABEL' REYNA
                                           ABELINO 'ABEL' REYNA